

NUMBER 13-04-00667-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ROAN REAL ESTATE COMPANY, INC.,                    Appellant,

v.

ASARCO, INCORPORATED, F/K/A AMERICAN
SMELTING AND REFINING COMPANY,                    Appellee.

### On appeal from the 319th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on October 6, 2005, due to the bankruptcy of

one of the parties to this appeal.  *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.

Since the abatement there has been no activity in this appeal.  On April 22, 2009, the Court

ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Appellant responded to the order by filing an unopposed motion to dismiss, advising the parties had entered into a settlement agreement which was approved by the bankruptcy court and that the appeal should be dismissed. Accordingly, appellant's unopposed motion to dismiss is GRANTED and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 21st day of May, 2009.